**JENNIFER BERGH**
Nevada Bar No. 14480
jbergh@qslwm.com
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY J. SOTO,<br><br>          Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>          Defendant. | Case No. 2:21-cv-01389-JAD-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

      Plaintiff, and Defendant Trans Union LLC ("Trans Union") ("the Parties") hereby jointly move to extend all deadlines set forth in the Stipulated Discovery Plan and Scheduling Order filed with this Court on September 28, 2021, (Dkt. 11) by a period of sixty (60) days.

      1.      On July 26, 2021, Plaintiff filed her Complaint (Dkt. 1), against Defendant Trans Union LLC ("Trans Union").

      3.      Defendant Trans Union filed its Answer to Plaintiff's Complaint on September 17, 2021 (Dkt. 9).

      4.      The Parties require more time and accompanying deadlines from the Court. The parties are discussing settlement. Absent settlement, the parties intend to take depositions of one another and third parties.

4629829.2

1

5.	The Parties request the proposed schedule while continuing to discuss resolution of the claims in this case without engaging in unnecessary and costly depositions. The Parties have served written discovery and both parties are pending responses to the written discovery. In addition, the Parties require additional time to conduct third-party discovery as to Plaintiff's alleged damages.

6.	No party will be prejudiced by this Court granting this Stipulation as all parties jointly seek an extension of these deadlines. Moreover, the Parties believe that allowing the extension will serve the ends of judicial economy.

7.	Moreover, the requested extensions are not sought for the purposes of delay.

8.	Accordingly, the parties request adoption of the following deadlines:

    **a. Discovery Plan:**

| | |
|---|---|
| Discovery Cut-off | 04/19/2022 |
| Deadline to Provide Expert Disclosures | 2/18/2022 |
| Deadline to Disclose Rebuttal Expert Disclosures | 3/19/2022 |
| Deadline to File Dispositive Motions | 05/17/2022 |

    **b. Pre-Trial Order:** The parties shall file a joint pretrial order no later than **6/17/2022** or thirty (30) days after the date set for filing dispositive motions. In the event that parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion or further order of the Court.

WHEREFORE, Plaintiff and Trans Union respectfully requests this Honorable Court (1) extend discovery in the present matter as set forth above; and (2) reissue a new Scheduling Order to reflect the requested extension.

DATED: December 9, 2021

4629829.2

2

| | |
|---|---|
| **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.** | **LAW OFFICES OF MITCHELL GLINER** |
| */s/ Jennifer Bergh* | */s/ Mitchell D. Gliner* |
| **JENNIFER BERGH** | Mitchell D. Gliner |
| Nevada Bar No. 14480 | mgliner@glinerlaw.com |
| jbergh@qslwm.com | 3017 W Charleston Blvd, Suite 95 |
| 2001 Bryan Street, Suite 1800 | Las Vegas, NV 89102 |
| Dallas, Texas 75201 | (702) 870-8700 |
| (214) 560-5460 | (702) 870-0034 Fax |
| (214) 871-2111 Fax | *Counsel for Plaintiff* |
| *Counsel for Trans Union LLC* | |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of December 2021.

4629829.2

3